**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VITA YANCY, | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 4:12-cv-03564 |
| *vs.* | § | |
| | § | |
| AUDUBON FINANCIAL GROUP, LLC, | § | |
| d/b/a AUDUBON FINANCIAL BUREAU, | § | |
| and ADAM D. MARCH, INDIVIDUALLY, | § | |
| *Defendants.* | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction. The parties are working on signing final settlement papers and will file a stipulation of dismissal when completed.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted,

s/Noah D. Radbil
Noah D. Radbil
Texas Bar No. 24071015
Southern District Bar No. 1069583
Weisberg and Meyers, LLC
Two Allen Center
1200 Smith Street, Sixteenth Floor
Houston, TX 77002
Telephone:     (888) 595-9111 ext. 275

1

Facsimile:      (866) 565-1327
noah.radbil@attorneysforconsumers.com

*Attorney-in-Charge for Plaintiff*
VITA YANCY

## CERTIFICATE OF SERVICE

I certify that on March 12, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division using the electronic case filing system of the court. Notification of the foregoing was sent via the Court's ECF system on March 12, 2013 to:

John K. Broussard
BEIRNE,MAYNARD& PARSONS, LLP
1300 Post Oak Boulevard
Suite 2500
Houston, Texas 77056

/s/  Noah D. Radbil
Noah D. Radbil

2