IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VITA YANCY,<br>    *Plaintiff,*<br><br>vs.<br><br>AUDUBON FINANCIAL GROUP, LLC,<br>d/b/a AUDUBON FINANCIAL BUREAU,<br>and ADAM D. MARCH, INDIVIDUALLY,<br>    *Defendants.* | §<br>§<br>§   CIVIL ACTION NO. 4:12-cv-03564<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER ON MOTION TO DISMISS WITH PREJUDICE

The court, having considered the parties Joint Motion to Dismiss, GRANTS the Motion and the suit is dismissed with prejudice.

SO ORDERED.

Dated April 19, 2013.

_____
UNITED STATES DISTRICT JUDGE

3